# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

GENE HIRT, ET AL.,

    Plaintiffs,

v.

UNIFIED SCHOOL DISTRICT NO. 287, ET AL.,

    Defendants.

Case No. 17-CV-2279-JAR

## ORDER

This matter is before the Court on Plaintiffs Gene Hirt and Eric Clark's Motion for Preliminary Injunction (Doc. 3). Plaintiffs seek to enjoin Defendants Unified School District No. 287, Curt Altic, Rusty Ecord, Blaine Flory, Matt Froggatte, Ryan Sink, and Jerry Turner from enforcing a July 13, 2015 letter notifying Hirt that he was no longer allowed on school district property and enforcing an "*ad hoc* 'socially acceptable manner' policy" at school board meetings. Defendants filed a response to the motion for preliminary injunction on June 19, 2017 (Doc. 16). In the response, Defendants allege that on June 14, 2017, they mailed a letter to Hirt permitting him to attend any meeting or event on school district property to which the public is invited, including school district board meetings.[1] Defendants argue this moots the preliminary injunction.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiffs must show good cause in writing, on or before **July 5, 2017**, why the Motion for Preliminary Injunction (Doc. 3) should not be found moot.

**IT IS SO ORDERED.**

---

[1] Doc. 16 at 4.

1

Dated: June 21, 2017

> S/ Julie A. Robinson
> JULIE A. ROBINSON
> UNITED STATES DISTRICT JUDGE